**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-3004-LTS-KEM |
| Plaintiff, | **ORDER** |
| vs. | |
| LOREN MARTIN CRAIG, a/k/a Loran Martin Craig, | |
| Defendant. | |

_____

The court **GRANTS** the Government's Motion to Unseal the Above Captioned Case (Doc. 8).

**SO ORDERED** on March 19, 2025.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa